**Petition for Writ of Mandamus Denied and Memorandum Opinion filed February 8, 2023.**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-23-00074-CV

_____

### IN RE J.B. AND N.S, Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**306th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 23CP0008**

---

## MEMORANDUM OPINION

On February 6, 2023, relators J.B. and N.S filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this Court to compel the Honorable Anne B. Darring, presiding judge of the 306th District Court of Galveston County, to vacate the January 17, 2023 Order for Protection which grants the Texas

Department of Family and Protective Services temporary sole managing conservatorship of A.B. and S.S.

Relators have not established that they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Jewell and Zimmerer.